UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMMARA HOLLIS,<br><br>    Plaintiff,<br><br>v.<br><br>HYO KIM, et al.,<br><br>    Defendants. | Case No. 4:17-cv-02839-KAW<br><br>**ORDER FOR SERVICE OF COMPLAINT; ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

On May 17, 2017, Plaintiff Kimmara Hollis filed this lawsuit under the False Claims Act. (Dkt. No. 1.) On May 30, 2017, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered the Clerk to issue summons, but ordered the U.S. Marshal not to serve the complaint until further order of the Court. (Dkt. No. 5.) On July 13, 2017, the United States declined intervention in the instant action, and the undersigned ordered the case unsealed. (Dkt. Nos. 6 & 7.)

Accordingly, IT IS ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

Additionally, to provide sufficient time for service, the Court continues the case management conference from August 15, 2017 until November 7, 2017. The Joint Case Management Statement is due on or before October 31, 2017.

IT IS SO ORDERED.

Dated: August 8, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge