Jason Hain (State Bar No. 295721)
LAW OFFICES OF JASON HAIN
100 Pine Street, Suite 1250
San Francisco, California 94111
Telephone: 831-227-6892
Facsimile: 415-795-9692
jason@jasonhainlaw.com

*Attorney for RELATOR*
KIMMARA HOLLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES ex rel. KIMMARA HOLLIS | **Case No. 17-CV-02839-KAW** |
| Plaintiffs, | STIPULATION TO CONTINUE NOVEMBER 7, 2017 CASE MANAGEMENT CONFERENCE & [~~PROPOSED~~] ORDER |
| vs. | |
| HYO KIM, KATE KIM, FRANCISCO COELLO, FRANCISCO COELLO JR., SONIA DOMINGUEZ, and DOES 1 through 50, inclusive, | |
| Defendants. | |

The parties to the above-entitled action hereby stipulate to the following:

1). Defendants FRANCISCO COELLO, FRANCISCO COELLO JR., SONIA DOMINGUEZ have been served. Defendants HYO KIM, KATE KIM have employed attorney Jak Marquez to tender this claim to Defendants' HYO KIM, KATE KIM insurance carrier or file a responsive pleading for all Defendants if insurance counsel is not appointed to do so.

2) To facilitate tender to Defendants' HYO KIM, KATE KIM insurance carrier, Relator has granted all Defendants successive extensions on their time to respond. Currently, parties have agreed that Defendants have until November 10, 2017 to file a responsive pleading.

3) Thus, the parties believe that holding the November 7, 2017 case management conference would not be an economical use of the parties or the Court's resources. The parties respectfully submit that the case management conference should be continued.

STIPULATION TO CONTINUE NOVEMBER 7, 2017 CASE MANAGEMENT CONFERENCE &
[PROPOSED] ORDER
Page 1 of 2

Dated: November 4, 2017

Jason Hain, Esq.
Counsel for Relator
KIMMARA HOLLIS

Dated: 11/4/2017

Jak Marquez, Esq.
Counsel for Defendants
HYO KIM, KATE KIM

## [PROPOSED] ORDER CONTINUING MEDIATION DEADLINE

The above STIPULATION TO CONTINUE THE NOVEMBER 7, 2017 CASE MANAGEMENT
CONFERENCE & PROPOSED ORDER is approved.

The November 7, 2017 Case Management Conference is hereby continued to _February 6 , 2018_,
2017. The Case management conference statement is due January 30, 2018.

IT IS SO ORDERED.

Dated: 11/6/17

UNITED STATES DISTRICT/MAGISTRATE JUDGE