ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
KIMBERLY FRIDAY (MABN 660544)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7102
    FAX: (415) 436-6748
    kimberly.friday@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES *ex rel.* KIMMARA HOLLIS, <br><br> Plaintiffs, <br><br> v. <br><br> HYO KIM, *et al.*, <br><br> Defendants. | CASE NO. 17-2839-KAW <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act ("FCA"), 31 U.S.C. § 3730(b)(1), and in accordance with and subject to all of the terms and conditions of the settlement agreement among the United States, Relator, and Defendants, effective April 18, 2018, (the "Agreement"), the United States, Relator Kimmara Hollis ("Relator"), and Defendants Hyo Kim, Kate Kim, Francisco Coello, Francisco Coello Jr., and Sonia Dominguez ("Defendants") hereby stipulate as follows:

1. As to the United States, the claims against the Defendants are dismissed with prejudice, subject to all of the terms of the Agreement, as to the Covered Conduct released in the Agreement, and without prejudice as to any other claims.

2. As to Relator, all claims against Defendants are dismissed with prejudice, subject to all of the terms of the Agreement. Each party is to bear their own attorney's fees and costs.

3. According to the terms of the Agreement, this Court retains jurisdiction over any disputes that may arise regarding compliance with such terms.

4. A copy of the Agreement will be provided to the Court upon request.

A proposed order accompanies this notice.

**IT IS SO STIPULATED.**

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: May 10, 2018        By:        */s/*
                                      KIMBERLY FRIDAY
                                      Assistant United States Attorney


LAW OFFICES OF JASON HAIN

Dated: May 10, 2018        By:        */s/*
                                      JASON HAIN
                                      Attorney for *Qui Tam* Plaintiff Kimmara Hollis


DOWLING & MARQUEZ, LLP

Dated: May 10, 2018        By:        */s/*
                                      JAK STEVEN MARQUEZ
                                      Attorney for Defendants Hyo Kim, Kate Kim, Francisco Coello, Francisco Coello Jr., and Sonia Dominguez

JOINT STIPULATION OF VOLUNTARY DISMISSAL; [PROPOSED] ORDER
17-2839 KAW                    2

## CERTIFICATION

Pursuant to Local Rule 5-1(i)(3), the undersigned hereby attests that Jason Hain and Jak Steven Marquez have concurred in the filing of this document and authorized me to sign it on their behalf.

ALEX G. TSE
Acting United States Attorney

Dated: May 10, 2018      By:      */s/*
KIMBERLY FRIDAY
Assistant United States Attorney

## [~~PROPOSED~~] ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court directs the Clerk to close the case.

Dated: 5/11/18

HON. KANDIS A. WESTMORE
United States Magistrate Judge